# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jessica Brown,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Joseph Gerston,<br><br>　　　　　　　　Defendant. | Case No. 2:24-cv-00472-MMD-BNW<br><br>**ORDER** |

Plaintiff submitted initiating documents to the Court on March 11, 2024. ECF No. 1. Plaintiff filed an application to proceed *in forma pauperis*, but it is incomplete. *Id*. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed IFP and attach (1) an inmate account statement for the past six months, and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in plaintiff's inmate trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's IFP application is incomplete because it does not include an inmate account statement for the past six months or a financial certificate from the institution where she is incarcerated. The Court, therefore, will deny plaintiff's IFP application without prejudice. Plaintiff must properly complete his IFP application or pay the full filing fee for this action. If plaintiff chooses to file an IFP application, she must file a complete application including all the documents referenced in this Order.

**IT IS THEREFORE ORDERED** that plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate, as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **April 13, 2024**, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full fee for filing a civil action.

**IT IS FURTHER ORDERED** that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: March 13, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE